## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 790 |
| | : | |
| ORDER AMENDING RULE | : | SUPREME COURT RULES |
| 202 OF THE PENNSYLVANIA | : | |
| BAR ADMISSION RULES | : | DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2019, upon the recommendation of the Board of Law Examiners, the proposal having been published for public comment at 48 Pa.B. 6385 (October 6, 2018):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 202 of the Bar Admission Rules is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendment shall be effective immediately.

Additions to the rule are shown in bold and are underlined.